

**PELTON GRAHAM LLC**

111 Broadway, Suite 1503, New York, New York 10006
T 212.385.9700 ‖ F 212.385.0800 ‖ www.PeltonGraham.com

**Brent E. Pelton, Esq.**                                          August 6, 2018
Pelton@PeltonGraham.com

**VIA ECF**

Chief Magistrate Judge Debra C. Freeman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17A
New York, New York 10007-1312

> Re:     ***Reyes, et al. v. The Picnic Basket Inc., et al.***
>          **Civil Action No. 18 Civ. 00140 (DCF)**

Dear Judge Freeman:

This office represents the plaintiffs in the above-referenced action. In connection with the parties' July 30, 2018 joint letter regarding the fairness of the parties' Settlement Agreements (*see* Dkt. No. 49), we hereby submit a copy of the parties' fully-executed Settlement Agreement between plaintiffs Reyes, Rivera, Perez, Serra, Suarez and Zeledon and defendants The Picnic Basket, Inc., Y.D.V.S. LLC, Yariv Stav and David Stav, annexed hereto as Exhibit A, and the parties' fully-executed Settlement Agreement between plaintiff Canepa and defendant 805 The Picnic Basket LLC, annexed hereto as Exhibit B.

Accordingly, for the reasons set forth in the parties' joint fairness application, we respectfully request that Your Honor grant approval of the Settlement Agreements.

We appreciate Your Honor's attention to this matter. Feel free to contact the undersigned at (212) 385-9700 should you have any questions regarding this submission.

Respectfully submitted,

*/s/ Brent E. Pelton*

Brent E. Pelton, Esq. of
PELTON GRAHAM LLC

Enclosure

cc:     All counsel (via ECF)